NIALL E. LYNCH (State Bar No. 157959)
NATHANAEL M. COUSINS (State Bar No. 177944)
MAY LEE HEYE (State Bar No. 209366)
BRIGID S. BIERMANN (State Bar No. 231705)
CHARLES P. REICHMANN (State Bar No. 206699)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>D. JAMES SOGAS,<br>Defendant. | Case No. 06-0752 SI<br><br>STIPULATED NOTICE OF RELATED CASE IN A CRIMINAL ACTION; and [PROPOSED] ORDER |
| UNITED STATES OF AMERICA<br>v.<br>IL UNG KIM; YOUNG BAE RHA; and GARY SWANSON,<br>Defendants. | Case No. 06-0692 PJH |
| UNITED STATES OF AMERICA<br>v.<br>THOMAS QUINN,<br>Defendant. | Case No. 06-0635 PJH |

[CAPTION CONTINUES ON NEXT PAGE]

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUN WOO LEE; YEONGHO KANG; and YOUNG WOO LEE,<br><br>Defendants. | Case No. CR 06-0180 PJH |
| UNITED STATES OF AMERICA<br><br>v.<br><br>D.S. KIM, C.K. CHUNG, K.C. SUH, and C.Y. CHOI,<br><br>Defendants. | Case No. CR 06-126 PJH |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELPIDA MEMORY, INC.,<br><br>Defendant. | Case No. CR 06-0059 PJH |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMSUNG ELECTRONICS COMPANY, LIMITED and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. CR 05-643 PJH |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC.,<br><br>Defendant. | Case No. CR 05-249 PJH |

[CAPTION CONTINUES ON NEXT PAGE]

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>INFINEON TECHNOLOGIES AG,<br>Defendant. | Case No. CR 04-299 PJH |
| UNITED STATES OF AMERICA<br>v.<br>T. RUDD CORWIN; HEINRICH FLORIAN; GÜNTER HEFNER; and PETER SCHAEFER,<br>Defendants. | Case No. CR 04-397 PJH |

Under Crim. L. R. 8-1, the United States and D. James Sogas ("Defendant"), file this Stipulated Notice of Related Case in a Criminal Action for this criminal case, United States v. D. James Sogas, CR 06-0752 (SI) to nine previously filed criminal cases assigned to Judge Phyllis J. Hamilton, United States v. Il Ung Kim, et al., CR 06-692 (PJH), United States v. Thomas Quinn, CR 06-635 (PJH), United States v. Sun Woo Lee, et al., CR 06-180 (PJH), United States v. D.S. Kim, et al., CR 06-126 (PJH), United States v. Elpida Memory, CR 06-0059 (PJH), United States v. Samsung Electronics Company, Limited and Samsung Semiconductor, Inc., CR 05-643 (PJH), United States v. Hynix Semiconductor Inc., CR 05-249 (PJH), United States v. T. Rudd Corwin, et al., CR 04-397 (PJH), and United States v. Infineon Technologies AG, CR 04-299 (PJH). The United States and Defendant jointly request relating this case to Judge Hamilton.

A chronological history of these related criminal cases follows. On September 15, 2004, the United States filed an Information in United States v. Infineon Technologies AG, charging Infineon with participating in a conspiracy to fix the prices of DRAM sold to certain computer manufacturers. On October 20, 2004, Infineon pled guilty for participating in the price-fixing conspiracy and was sentenced to pay a $160 million fine before Judge Hamilton. On December 2, 2004, the United States filed an Information in United States v. T. Rudd Corwin, et al.,

charging four individual defendants with participating in the same price-fixing conspiracy in the DRAM industry. On December 15, 2004, Judge Hamilton sentenced each of the four individuals. On April 21, 2005, the United States filed an Information in United States v. Hynix Semiconductor Inc., charging Hynix with participating in the DRAM price-fixing conspiracy. On May 11, 2005, Hynix pled guilty for participating in the price-fixing conspiracy and was sentenced by Judge Hamilton to pay a $185 million fine. On October 13, 2005, the United States filed an Information in United States v. Samsung Electronics Company, Limited and Samsung Semiconductor, Inc., charging Samsung with participating in the DRAM price-fixing conspiracy. On November 30, 2005, Samsung pled guilty for participating in the price-fixing conspiracy and was sentenced by Judge Hamilton to pay a $300 million fine. On January 30, 2006, the United States filed an Information in United States v. Elpida Memory, Inc., charging Elpida with participating in the DRAM price-fixing conspiracy. On March 22, 2006, Elpida pled guilty for participating in the DRAM price-fixing conspiracy and was sentenced by Judge Hamilton to pay an $84 million fine. On March 1, 2006, the United States filed an Information in United States v. D.S. Kim et al., charging four individual defendants with participating in the DRAM price-fixing conspiracy. On March 15, 2006, Judge Hamilton sentenced each of the four individuals. On March 22, 2006, the United States filed an Information in United States v. Sun Woo Lee, et al., charging three individual defendants with participating in the DRAM price-fixing conspiracy. On April 2, 2007, Judge Hamilton sentenced two of the three individuals, Sun Woo Lee and Yeongho Kang. On August 30, Judge Hamilton sentenced the third individual, Young Woo Lee. On September 21, 2006, the United States filed an Information in United States v. Thomas Quinn, charging one individual defendant with participating in the DRAM price-fixing conspiracy. On November 8, 2006, Judge Hamilton sentenced Thomas Quinn. On October 18, 2006, the United States filed an Indictment in United States v. Il Ung Kim, et al., charging three individual defendants with participating in the DRAM price-fixing conspiracy.

The Information charges that Defendant participated in the DRAM price-fixing

conspiracy. There are common events and occurrences alleged in this case and the nine predecessor cases pending before Judge Hamilton.

The assignment of this case to Judge Hamilton is therefore likely to conserve judicial resources and to promote an efficient determination of the action.

Dated: November 27, 2006

Respectfully submitted,

D. JAMES SOGAS

BY: ______________________

Leland B. Altshuler
Attorney at Law
407 Sherman Avenue
Palo Alto, CA 94306
Tel: (650) 328-7917
Fax: (650) 327-9151

U.S. DEPARTMENT OF JUSTICE

BY: ______________________

Niall E. Lynch, CA No. 157959
Nathanael M. Cousins, CA No. 177944
May Lee Heye, CA No. 209366
Brigid S. Biermann, CA No. 231705
Charles P. Reichmann, CA No. 206699
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>D. JAMES SOGAS,<br>Defendant. | ) | Case No. CR 06-0752<br><br>**[~~PROPOSED~~] ORDER**<br>RELATED CRIMINAL CASES |

This Court has considered the Stipulated Notice of Related Cases in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and defendant D. James Sogas. Because the assignment of United States v. D. James Sogas to Judge Phyllis Hamilton is likely to conserve judicial resources and promote an efficient determination of the action, it is ordered that this case is transferred to Judge Hamilton.

Date: December 1, 2006

**CERTIFICATE OF SERVICE**

I, Niall E. Lynch, certify:

That I am a citizen of the United States and am employed by the U.S. Department of Justice, Antitrust Division, at 450 Golden Gate Avenue, Room 10-0101, San Francisco, CA 94102; I am over the age of eighteen years; and am not a party to the within action.

That on November 27, 2006, I sent by fax and United States mail a copy of the following pleadings to the party listed in the foregoing Stipulation.

**1. Stipulated Notice of Related Cases in a Criminal Action**

**2. [Proposed] Order on Stipulated Notice of Related Case in a Criminal Action**

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2006, at San Francisco, California.

Niall E. Lynch